■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MARAGH, Appellant. [749 NYS2d 162] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 10, 2001, convicting him of criminally negligent homicide, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, and the matter is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (5).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J.P., Florio, S. Miller and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY MARTIN, Appellant. [749 NYS2d 181] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 25, 1985 (*People v Martin,* 108 AD2d 928), affirming a judgment of the Supreme Court, Kings County, rendered September 8, 1982.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.